403. KISER COMPANY *v.* McLEAN, EVERETT & COMPANY.

POWELL, J. "A judgment overruling a demurrer to an answer, unless excepted to and reversed, concludes the plaintiff as to the legal sufficiency of the answer; and if the same goes to the whole of the plaintiff's demand and is duly supported by evidence, a complete defense is established." *Louisville Coffin Co.* v. *Rhudy*, 111 *Ga.* 827, 35 S. E. 632.

*Judgment affirmed.*

Complaint, from city court of Statesboro—Judge Brannen. December 18, 1906.

Submitted June 21,—Decided July 18, 1907.

*Johnston & Cone, Mayson & Hill,* for plaintiffs.

*R. Lee Moore,* for defendants.